700 Huron Ave Apt 7D
Cambridge, MA  02138
September 25, 2017

Hon. William G. Young
United States District Court
District of Massachusetts
John Joseph Moakley - U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Attn:  Matthew Paine, Docket Clerk

## REQUEST FOR CM/ECF PRIVILEGES
## RE CASE 1:16-CV-11077

Dear Sirs,

I am writing this letter to request CM/ECF electronic filing privileges as a *pro se* litigant in the above entitled case.  I will of course conform to the rules described on the court website, and in particular, I understand that I must notify you if and when I hire professional representation.

I note, further, that I am already familiar with the mechanics of using the CM/ECF system, as I have taken the online tutorial, and I have been instrumental in the filing of a number of submissions for my husband, in my role as assistant to him.

Now that I have been allowed into the case as Defendant-Intervenor, I seek to be able to submit filings electronically on my own behalf until I am able to arrange for counsel to take over.

Thank you for your consideration.

Sincerely,

Karen M. Krohn
Defendant- Intervenor

Cc:   Kenneth B. Krohn, Ph.D. (by email)
      Paul S. Kawai (by email)